MARY DEPELTEAU, Respondent-Appellant, v. FORD MOTOR COMPANY et al., Appellants-Respondents, and WILHELMINA KRUG, Doing Business as KRUG's FLORISTS, et al., Respondents.— GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gabrielli, J.